UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L. JERRY JOHNSON, as personal
representative of the Estate of Carol A.
Hawes

    Plaintiff,

v.                                                             Case No:  2:12-cv-618-Ftm-29SPC

R.J. REYNOLDS TOBACCO CO. and
AMERICAN TOBACCO COMPANY,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Defendant, R.J. Reynolds Tobacco Company's Amended Motion to Compel the Deposition of William M. Powell, Esq. (Doc. #30) filed on May 14, 2013.  The Defendant also filed a Motion to Compel the Deposition of William M. Powell, Esq. (Doc. #29) filed on May 9, 2013, however with the filing of the Amended Motion that Motion is now moot.

A hearing was scheduled for Friday, May 17, 2013, to resolve the issues presented in the Motion.  On May 16, 2013, the Defendant filed a Notice of Withdrawal (Doc. # 33), withdrawing the Motion stating that Atty. Powell had agreed to be deposed.  As such, the Motion to Compel the Deposition of Attorney William M. Powell, Esq., is now moot.

Accordingly, it is now

**ORDERED:**

(1) The Defendant, R.J. Reynolds Tobacco Company's Amended Motion to Compel the Deposition of William M. Powell, Esq.  (Doc. #30) is **DENIED as moot**.

(2) The Defendant, R.J. Reynolds Tobacco Company's Motion to Compel the Deposition of William M. Powell, Esq. (Doc. # 29) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of May, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record