UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L. JERRY JOHNSON, as personal
representative of the Estate of Carol
A. Hawes

      Plaintiff,

v.                                    Case No: 2:12-cv-618-FtM-29CM

R.J. REYNOLDS TOBACCO CO.
and AMERICAN TOBACCO
COMPANY,

      Defendants.

## ORDER

Before the Court are Defendant's Motion for Entry of a Second Amended Case Management and Scheduling Order ("Motion") (Doc. 75), filed on March 4, 2014, and Plaintiff's Response to Defendant's Motion for Entry of a Second Amended Case Management and Scheduling Order ("Response") (Doc. 76), filed on March 12, 2014.[1] The Motion is now fully briefed and ripe for review.

The Court notes that Plaintiff's Response proposes the same deadlines as does Defendant's Motion.[2] The remaining deadlines in this case are therefore extended by agreement of the parties, as set forth below:

---

[1] The Motion was filed pursuant to the Court's January 9, 2014 Order staying all pending deadlines and directing the parties to file a new Case Management Report upon the Court's resolution of issues related to a non-party that have since been resolved. Doc. 65. Rather than submitting a Case Management Report as directed, the parties filed the Motion and Response.

[2] Plaintiff's Response also included a deadline to add parties or amend pleadings. See doc. 76 at 3. In granting the parties' Joint Motion to Modify the Amended Case

| | |
|---|---|
| Disclosure of Expert Reports<br>                                 Plaintiff:<br>                               Defendant:<br>                               Rebuttal: | June 13, 2014<br>July 28, 2014 |
| Discovery Deadline | October 13, 2014 |
| Mediation Deadline | October 22, 2014 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | December 16, 2014 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | February 10, 2015 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | February 23, 2015 |
| All Other Motions Including Motions In Limine, Trial Briefs | February 23, 2015 |
| Final Pretrial Conference<br>                              Date:<br>                              Time:<br>                              Judge: | **To Be Determined by Judge Steele** |
| Trial Term Begins | April 6, 2015 |
| Estimated Length of Trial | 6 days |
| Jury/Non Jury | Jury |

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion for Entry of a Second Amended Case Management and Scheduling Order (Doc. 75) is **GRANTED**. The deadlines shall be extended as set

---

Management and Scheduling Order and Continue Trial (Doc. 63), the Court noted that the parties requested extension of "all *pending* pretrial deadlines." Doc. 65 at 1 (emphasis added). Thus, by granting the motion, the Court did not intend to extend *all* pretrial deadlines, only those that had not passed as of the date on which the Court entered the Order. As the deadline to add parties or amend pleadings had expired nearly one year prior to entry of the Court's Order, that deadline was clearly not among those to be extended.

forth above. All other deadlines and directives set forth by the Court in its Amended Case Management and Scheduling Order (Doc. 62) remain in effect. The Clerk is directed to update the deadlines on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of March, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record