UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L. JERRY JOHNSON, as personal
representative of the Estate of Carol
A. Hawes

      Plaintiff,

v.

      Case No: 2:12-cv-618-FtM-29CM

R.J. REYNOLDS TOBACCO CO.
and AMERICAN TOBACCO
COMPANY,

      Defendants.

## ORDER

Before the Court is Plaintiff's Motion to Extend Time for Disclosure of Expert Reports ("Motion") (Doc. 87), filed on May 19, 2014, and Defendant R.J. Reynolds Tobacco Company's Response to Plaintiff's Motion to Extend Time for Disclosure of Expert Reports ("Response") (Doc. 88), filed on June 3, 2014. The Motion is now fully briefed and ripe for review.

Plaintiff asks the Court to extend the deadlines for the parties' disclosure of expert reports and all subsequent deadlines by ninety days, and in support states that Plaintiff's expert, Dr. Roggli, received pathology slides from AmeriPath on April 9, 2014, but indicated he would be unable to complete his review of the slides for approximately thirteen weeks. Doc. 87 at 2. Plaintiff also "requests that the

pathologist be allowed to keep the slides until his review on or before 13 weeks after April 9, 2014 and thereafter have the slides returned to AmeriPath."[1]  *Id.*

Rule 16, Federal Rules of Civil Procedure, provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4). Upon consideration of the Motion, the Court finds good cause to grant the requested ninety day extension of the deadlines for disclosure of expert reports and all subsequent deadlines.  Moreover, Defendant does not oppose the requested ninety day extension.[2]  Doc. 88 at 1, 4.  Furthermore, because Reynolds did not indicate any opposition to Plaintiff's request, Plaintiff's pathologist may retain the slides until his review is completed, but shall thereafter comply with the Court's February 5, 2014 Order governing the production, collection and chain of custody of pathology materials in this case.  *See* Doc. 77.

ACCORDINGLY, it is hereby

**ORDERED:**

1.   Plaintiff's Motion to Extend Time for Disclosure of Expert Reports (Doc. 87) is **GRANTED**.  The deadlines for the disclosure of expert reports and all

---

[1] Pursuant to stipulation of the parties and AmeriPath, the Court entered an Order (Doc. 73) governing the production, collection and chain of custody of pathology materials. As part of that Order, and pursuant to their stipulation, the parties "acknowledge[d] that AmeriPath is obligated to possess and retain the slides at its facility."  Doc. 73 at 2.

[2] Defendant filed its Response "in an abundance of caution" indicating that it does not oppose the requested ninety-day extension, but only to the extent that all deadlines subsequent to those for disclosure of expert reports, and particularly the Trial Term, are also extended.  Defendant correctly notes that the title and opening paragraph of Plaintiff's Motion request that only the deadlines for expert disclosures be extended, but that elsewhere in the Motion Plaintiff also requests extension of all subsequent deadlines.  Doc. 88 at 1 n.1.

subsequent deadlines, including the Trial Term, shall be extended for a period of ninety (90) days.

    2.    The Clerk is directed to enter an Amended Case Management and Scheduling Order setting forth the new deadlines.

**DONE** and **ORDERED** in Fort Myers, Florida on this 4th day of June, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record