UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L. JERRY JOHNSON, as personal
representative of the Estate of Carol
A. Hawes

      Plaintiff,

v.                                                    Case No:   2:12-cv-618-FtM-29CM

R.J. REYNOLDS TOBACCO CO.
and AMERICAN TOBACCO
COMPANY,

      Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time (Doc. 92), filed on August 22, 2014.  Plaintiff requests a three month extension of all pending deadlines, including the trial term, to permit his expert, Dr. Michael Cummings, to review depositions and medical records prior to completing his expert report.  Doc. 92 at 2.  Plaintiff contends the additional time is necessary because he has only recently received the opinion of another expert, Dr. Victor Roggli, as to whether the decedent's cancer was caused by spreading lung cancer, and that having other experts review material without Dr. Roggli's opinion "would be futile and a potential waste of thousands of dollars because if Dr. Roggli had the opinion it was not caused by lung cancer this case would be dismissed."[1]  *Id.*   Plaintiff states that

---

[1] Plaintiff's motion states that Dr. Roggli's opinion will be disclosed prior to the current September 11, 2014 deadline for Plaintiff's disclosure of expert reports.  *Id.*; *see* Doc. 90 at 1.  Thus, even though the Court will extend the deadlines for expert disclosures,

Dr. Cummings requires an additional three months to complete his review due to his workload and commitments in other tobacco cases. *Id.* The motion includes a certification pursuant to Local Rule 3.01(g) indicating that Defendant does not oppose the requested extension. *Id.* at 4.

This case was removed to this Court from the 20th Judicial Circuit in and for Lee County, Florida on November 14, 2012. Doc. 1. On November 20, 2012, a Related Case Order and Track Two Notice was entered, designating this a "Track Two" case under the Local Rules. Doc. 6 at 1. Local Rule 3.05(c)(2)(E) states:

> It is the goal of the court that a trial will be conducted in all Track Two Cases within two years after the filing of the complaint, and that most such cases will be tried within one year after the filing of the complaint.

Under the operative Amended Case Management and Scheduling Order, this case currently is set for the trial term beginning July 6, 2015, over two and a half years since the case was removed to this Court. Doc. 90 at 2. The instant motion is Plaintiff's fourth request for an extension of deadlines in this case, see Docs. 39, 42, 87, 92, and Defendant also has requested an extension. *See* Doc. 63. Although the extensions have been sought for a variety of reasons, the Court has repeatedly extended the deadlines in this case.

Extending the pending deadlines, including the trial term, by an additional three months will therefore reset this case for the trial term beginning October 5, 2015, which is nearly three years after the case was removed to federal court.

---

Plaintiff should honor its representation that Dr. Roggli's report will be disclosed by that date to facilitate the ongoing discovery in this case.

Although the Court does find good cause to grant Plaintiff's motion and extend all pending case management deadlines in this instance, the Court cautions both parties that it will not be inclined to grant any further extensions in this case beyond that provided by this Order absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion for Extension of Time (Doc. 92) is **GRANTED**. All pending case management deadlines shall be extended for a period of three months and an Amended Case Management and Scheduling Order will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of August, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record